EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos por motivo de concesión del día 17 de abril de 2014 (Jueves Santo) | 2014 TSPR 57<br><br>190 DPR ____ |

Número del Caso: EM-2014-4

Fecha: 11 de abril de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de términos por
motivo de concesión del
día 17 de abril de 2014
(Jueves Santo)

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de abril de 2014.

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre el día 17 de abril de 2014 (Jueves Santo), con cargo a la licencia de vacaciones.

A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, L.P.R.A. secs. 72 y 73, y se considerará el 17 de abril de 2014 (Jueves Santo) como si fuera día feriado. Cualquier término a vencer ese día se extenderá hasta el próximo día laborable, 22 de abril de 2014.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo